# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA BRYSON,** | : | **CIVIL NO. 3:24-CV-208** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JESSICA KREMAR,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 13th day of May 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion to dismiss (Doc. 10) is GRANTED, the plaintiff's complaint is DISMISSED, and the clerk is ORDERED to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge